# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## ON MOTION OF NATALIE LUTZ CARDIELLO, TRUSTEE
## TO EMPLOY REAL ESTATE BROKERS

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **December 16, 2019**, *i.e.*, seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **January 9, 2020** at **10:00 AM** before Judge GREGORY L. TADDONIO in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: November 26, 2019    Natalie Lutz Cardiello, Esquire
                                      Attorney for Movant/Applicant

                                      */s/Natalie Lutz Cardiello*
                                      107 Huron Drive
                                      Carnegie, PA 15106
                                      (412) 276-4043
                                      ncardiello@comcast.net
                                      Attorney ID #51296