**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**NOTICE OF HEARING AND RESPONSE DEADLINE**
**AND**
**TRUSTEE'S APPLICATION TO RETAIN REALTORS TO PROCURE**
**CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **November 26, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger on behalf of Debtor Michelle Olah
rebeka@seelingerlaw.com

James Warmbrodt on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

**EXECUTED ON:** November 26, 2019

By:   */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net