IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 07 |
| | : | |
| Debtor | : | |
| | : | |

## Verification

I, Kevin Shaner, a duly licensed real estate agent with EXP Realty, hereby states that neither I nor any member of EXP Realty hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14).

I am familiar with the Application to retain EXP Realty filed by the Trustee ("Application") and the property described therein.

EXP Realty has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to EXP Realty does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

To the best of my information and belief, neither I nor the other members of EXP Realty have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee.

I represent no interest adverse to the Debtor or its estate in the matters upon which I am to be engaged.

Verified under penalty of perjury that the foregoing is true and correct.

Kevin Shaner
EXP Realty
1653 McFarland Road
Pittsburgh, PA 15216
Phone: 888.397.7352
Email: Kevin@KevinShaner.com

**EXHIBIT C**