FILED
11/26/19 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No. 15 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## ORDER APPROVING COUNSEL FOR THE TRUSTEE

AND NOW, this 26th day of November, 2019, upon consideration of the *APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE* filed at Doc. No. 15 (the "Application"), it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) The *Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106* is hereby appointed as *Attorney* for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all parties listed on the mailing matrix and file a certificate of service.

_____
HONORABLE GREGORY L. TADDONIO
United States Bankruptcy Judge

Case Administrator to serve:
Natalie Cardiello, Esq.