**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 07 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on November 29, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger on behalf of Debtor Michelle Olah
rebeka@seelingerlaw.com

James Warmbrodt on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:** November 29, 2019

By:   */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
PA ID# 51296
ncardiello@comcast.net

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Credit Collections USA, LLC
Attn: Bankruptcy
16 Distributor Drive Ste 1
Morgantown, WV 26501-7209

Honorable Michael W. Thatcher
343 Old Curry Hollow Road
Pittsburgh, PA 15236-4608

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Matthew W. Pomy, Esquire
Weltman, Weinberg & Reis Co., LPA
437 7th Ave., Suite 2500
Pittsburgh, PA 15219-1842

Michelle Olah
5501 Thelma Avenue
South Park, PA 15129-9666

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106-1826

North Shore Agency
PO Box 9205
Old Bethpage, NY 11804-9005

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Rebeka Seelinger
4640 Wolf Road
Erie, PA 16505-1451

Seventh Avenue
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566-1364

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021