**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**SUPPLEMENTAL**
**CERTIFICATE OF SERVICE**
**OF**
**NOTICE OF HEARING AND RESPONSE DEADLINE**
**AND**
**APPLICATION TO RETAIN REALTORS TO PROCURE**
**CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

I certify under penalty of perjury that I caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on **November 29, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** November 29, 2019

By:     */s/Natalie Lutz Cardiello*
          Natalie Lutz Cardiello
          PA ID# 51296
          107 Huron Drive
          Carnegie, PA 15106
          (412) 276-4043
          ncardiello@comcast.net

| | | |
|---|---|---|
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Credit Collections USA, LLC<br>Attn: Bankruptcy<br>16 Distributor Drive Ste 1<br>Morgantown, WV 26501-7209 | Honorable Michael W. Thatcher<br>343 Old Curry Hollow Road<br>Pittsburgh, PA 15236-4608 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Matthew W. Pomy, Esquire<br>Weltman, Weinberg & Reis Co., LPA<br>437 7th Ave., Suite 2500<br>Pittsburgh, PA 15219-1842 | Michelle Olah<br>5501 Thelma Avenue<br>South Park, PA 15129-9666 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106-1826 |
| North Shore Agency<br>PO Box 9205<br>Old Bethpage, NY 11804-9005 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Rebeka Seelinger<br>4640 Wolf Road<br>Erie, PA 16505-1451 | Seventh Avenue<br>Attn: Bankruptcy<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | | |