Certificate Number: 17082-PAW-DE-033766631

Bankruptcy Case Number: 19-24140



17082-PAW-DE-033766631

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2019</u>, at <u>4:13</u> o'clock <u>PM MST</u>, <u>MICHELLE OLAH</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>December 1, 2019</u>         By:   <u>/s/Orsolya K Lazar</u>

                                                      Name: <u>Orsolya K Lazar</u>

                                                      Title: <u>Executive Director</u>