IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24140-GLT |
| Michelle Olah | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Michelle Olah | : | Document No. |
| Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

## NOTICE OF CHANGE OF ADDRESS

Previous Address: Michelle Olah

    5501 Thelma Avenue

    South Park PA 15129


Corrected Address: 1700 Patrick Place

    Apartment T20

    South Park, PA  15129



Dated: December 4, 2019

                          By:    /s/ Rebeka A. Seelinger

                                  Rebeka A. Seelinger, Esquire
                                  SEELINGER LAW
                                  Attorney for Debtor
                                  PA ID #93897
                                  4640 Wolf Road
                                  Erie, PA 16505
                                  (814) 824-6670
                                  rebeka@seelingerlaw.com