IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | Related to Doc. Nos. 16, 17, 20 |
| | : | |
| Natalie Lutz Cardiello, Trustee Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO RETAIN REAL ESTATE BROKERS TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's **Application to Retain Real Estate Brokers to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330** filed on November 26, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Trustee's **Application to Retain Real Estate Brokers to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330**, objections to the Application were to be filed and served no later than December 16, 2019**.**

It is hereby respectfully requested that the Order filed in connection with the Trustee's **Application to Retain Real Estate Brokers to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330** be entered by the Court.

Dated:  December 17, 2019       By:     */s/Natalie Lutz Cardiello*
                                        Natalie Lutz Cardiello, Esquire
                                        PA I.D. #51296
                                        107 Huron Drive
                                        Carnegie, PA 15106
                                        ncardiello@comcast.net
                                        (412) 276-4043