**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**DEFAULT ORDER APPROVING RETENTION OF REALTOR/BROKER**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on December 19, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service By Electronic Notification**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger on behalf of Debtor Michelle Olah
rebeka@seelingerlaw.com

James Warmbrodt on behalf of Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

**Service By First Class Mail**

See attached list

**EXECUTED ON:** December 20, 2019

By:  /s/Natalie Lutz Cardiello
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| (P)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | BK GLOBAL REAL ESTATE SERVICES AND EXP REALT<br>1653 MCFARLAND ROAD<br>PITTSBURGH PA 15216-1810 | CREDIT COLLECTIONS USA LLC<br>ATTN: BANKRUPTCY<br>16 DISTRIBUTOR DRIVE STE 1<br>MORGANTOWN WV 26501-7209 |
| HONORABLE MICHAEL W. THATCHER<br>343 OLD CURRY HOLLOW ROAD<br>PITTSBURGH PA 15236-4608 | MATTHEW W. POMY ESQUIRE<br>WELTMAN WEINBERG & REIS CO. LPA<br>437 7TH AVE. SUITE 2500<br>PITTSBURGH PA 15219-1842 | MICHELLE OLAH<br>1700 PATRICK PLACE<br>APARTMENT T20<br>SOUTH PARK PA 15129-9258 |
| NORTH SHORE AGENCY<br>PO BOX 9205<br>OLD BETHPAGE NY 11804-9005 | PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SEVENTH AVENUE<br>ATTN: BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE WI 53566-1364 | SYNCHRONY BANK<br>C/O OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | |