Form 004-GLT
(Rev. 9/16/13)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/18/19 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| MICHELLE OLAH | : | Chapter 7 |
| *Debtor* | : | Related to Doc. No. 16 |
| Natalie Lutz Cardiello, Trustee Movant | : | Hearing: January 9, 2020 at 10:00 a.m. |
| v. | : | |
| No Respondent(s) | : | |

### DEFAULT ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the Trustee's *APPLICATION TO RETAIN REAL ESTATE BROKERS TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330* (the "Application") filed at Doc. No. [16], it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1)    The Application is hereby approved as of the date the Application was filed.

(2)    **BK Global Real Estate Services** and **EXP REALTY** are hereby appointed as **Realtor** for the Trustee in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Trustee's agent in connection with the sale of real estate located at **5501 Thelma Avenue, South Park, PA 15129**. A realtor's commission in the amount of 6% on the sale price or $4,000, whichever is higher, is tentatively approved, subject to final court order.

(3)    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4)    The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(5)    Applicant shall serve the within Order on all interested parties and file a certificate of service.

Prepared by: Natalie Lutz Cardiello, Esq.

**DEFAULT ENTRY**

Dated: December 18, 2019

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

Case Administrator to serve: Natalie Lutz Cardiello, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-24140-GLT
Michelle Olah                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Dec 18, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
aty            +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Michelle   Olah rebeka@seelingerlaw.com
                                                                                             TOTAL: 5