**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Michelle Olah
        Debtor

Lakeview Loan Servicing LLC
        Movant
vs.

Michelle Olah
        Respondent

Natalie Lutz Cardiello, Trustee
        Additional Respondent

Case No. 19-24140-GLT

CHAPTER 7

Hearing Date: 2/20/20 at 10:00 a.m.

## ORDER OF COURT

AND NOW, this 19th day of February 2020, Debtor having filed no objection to the Motion for Relief from the Automatic Stay, and the Chapter 7 Trustee and counsel for the Movant having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is hereby GRANTED, and Movant is granted relief from the automatic stay under 11 U.S.C. § 362 with respect to the subject premises located at 5501 Thelma Avenue, South Park, PA 15129 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem state court remedies, provided, however, that this Order shall become effective the earlier of August 21, 2020 or the date on which the Trustee files a Report of No Distribution.

The hearing scheduled for February 20, 2020 at 10:00 a.m. is **cancelled.**

BY THE COURT:

_____J.
U.S. Bankruptcy Judge    jah

Consented to by:

| | |
|---|---|
| ***/s/ Natalie Lutz Cardiello, Esquire*** | ***/s/ James C. Warmbrodt, Esquire*** |
| Natalie Lutz Cardiello Esquire | James C. Warmbrodt, Esquire |
| Chapter 7 Trustee | Attorney for Movant |
| 107 Huron Drive | KML Law Group, P.C. |
| Carnegie, PA 15106 | 701 Market Street, Suite 5000 |
| Phone: 412-276-4043 | Philadelphia, PA 19106 |
| ncardiello@comcast.net | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24140-GLT
Michelle Olah                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: agro              Page 1 of 2              Date Rcvd: Feb 19, 2020
                             Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Michelle Olah,    1700 Patrick Place,    Apartment T20,    South Park, PA 15129-9258
aty            +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
r              +BK Global Real Estate Services and Exp Realty, LLC,     1653 McFarland Road,
                Pittsburgh, PA 15216-1810
15172698        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
15145373       +Amex,   Correspondence/Bankruptcy,     Po Box 981540,    El Paso, TX 79998-1540
15145375       +Honorable Michael W. Thatcher,    343 Old Curry Hollow Road,    Pittsburgh, PA 15236-4608
15145377        Matthew W. Pomy, Esquire,    Weltman, Weinberg & Reis Co., LPA,     437 7th Ave., Suite 2500,
                Pittsburgh, PA 15219-1842
15145378       +North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:45:29
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15145374       +E-mail/Text: ccusa@ccuhome.com Feb 20 2020 03:37:17      Credit Collections USA, LLC,
                Attn: Bankruptcy,    16 Distributor Drive Ste 1,    Morgantown, WV 26501-7209
15145376        E-mail/Text: camanagement@mtb.com Feb 20 2020 03:38:35      M & T Bank,    Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
15145379        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:45:29
                Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15176652        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 03:45:29
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15145380       +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2020 03:39:59       Seventh Avenue,
                Attn: Bankruptcy,    1112 7th Avenue,    Monroe, WI 53566-1364
15169360       +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2020 03:39:59       Seventh Avenue,
                c/o Creditors Bankruptcy Service,     P.O. Box 800849,   Dallas, TX 75380-0849
15145688       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:45:23      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
15177444        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2020 03:45:36       Verizon,
                by American InfoSource as agent,    PO Box 4457,   Houston, TX  77210-4457
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing LLC
15145381*      +Amex,   Correspondence/Bankruptcy,     Po Box 981540,    El Paso, TX 79998-1540
15145382*      +Credit Collections USA, LLC,    Attn: Bankruptcy,    16 Distributor Drive Ste 1,
                Morgantown, WV 26501-7209
15145383*      +Honorable Michael W. Thatcher,    343 Old Curry Hollow Road,    Pittsburgh, PA 15236-4608
15145384*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:   M & T Bank,    Attn: Bankruptcy,    Po Box 844,   Buffalo, NY 14240)
15145385*       Matthew W. Pomy, Esquire,    Weltman, Weinberg & Reis Co., LPA,     437 7th Ave., Suite 2500,
                Pittsburgh, PA 15219-1842
15145386*      +North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005
15145387*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                Norfold, VA 23502)
15145388*      +Seventh Avenue,    Attn: Bankruptcy,    1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                   TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: agro                  Page 2 of 2                  Date Rcvd: Feb 19, 2020
                                Form ID: pdf900             Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello     ncardiello@cardiello-law.com,  ncardiello@ecf.axosfs.com
              Natalie Lutz Cardiello     on behalf of Attorney Natalie Lutz Cardiello
               ncardiello@cardiello-law.com,  ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Michelle   Olah rebeka@seelingerlaw.com
                                                                                               TOTAL: 6
```