# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Allegheny County; Township of South Park; South Park School District; Jordan Tax, Service Lakeview Loan Servicing, LLC; and M & T Bank | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE
of
**Notice of Intent to Sell,
Notice of Video Conference Hearing and Response Deadline
and
Motion to Sell Real Estate Free and Clear of Third
Party Interests, Liens, Claims, Charges and/or Encumbrances**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below on October 28, 2020.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

Brian Nicholas on behalf of Creditor Lakeview Loan Servicing LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger on behalf of Debtor Michelle Olah
rebeka@seelingerlaw.com

**EXECUTED ON:**  October 29, 2020

                                             By:  */s/Natalie Lutz Cardiello*
                                                          Natalie Lutz Cardiello
                                                          PA ID# 51296
                                                          107 Huron Drive
                                                          Carnegie, PA 15106
                                                          ncardiello@cardiello-law.com
                                                          (412) 276-4043