**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/3/20 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                   :         Case No.:     19-24140-GLT
                                         :         Chapter:      7
Michelle Olah                            :
                                         :
                                         :         Date:         12/3/2020
        *Debtor(s).*                     :         Time:         10:00

## PROCEEDING MEMO

**MATTER:**   #41 - Trustee's Motion to Sell Real Estate Free and Clear of Third Party Interets, Liens, Claims and/or Encumberances
              #46 - Proof of Publication PLJ and PPG
              #48 - Objection by Lakeview Servicing

**APPEARANCES**:

        Trustee:      Natalie Lutz Cardiello
        Lakeview:     Maria Miksich

**NOTES:** (10:07)

Cardiello: We have received an offer of $145,000, which includes a buyer's premium of $10,000. Advertised in the Pittsburgh Legal Journal and the Post Gazette.

Miksich: We don't oppose the sale, we just oppose it being free and clear.

Court: I see the order is providing for that minimum number, but please explain how the proceeds will be enough to cover Lakeview's parameters.

Cardiello: I believe the sale will generate enough money, we do have to meet the short sale approval requirements and we'll make sure it's done.

Miksich: We're ok with that language.

Court: So you consent to the proposed order at Dkt. No. 50?

Miksich: Yes.

Court: I will consider it part of the record that Lakeview consents only so long as it receives that minimum amount and if it doesn't the sale will be frustrated.

[Property exposed for sale]

Court: Hearing no other offers and there is no one in the Courtroom, I will approve the sale.

**OUTCOME:**

1. Trustee's *Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims and/or Encumbrances* [Dkt. NO. 41] is GRANTED [JH to Issue Proposed Order at Dkt. No. 50]

**DATED:** 12/3/2020