# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | |
| MICHELLE OLAH | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Allegheny County; Township of South Park; South Park School District; Jordan Tax, Service Lakeview Loan Servicing, LLC; and M & T Bank | : | |
| | : | |
| Respondents | : | |

## MOTION FOR AMENDED ORDER

AND NOW COMES Natalie Lutz Cardiello, Trustee, by and through her attorney, Natalie Lutz Cardiello, Esquire, and files this Motion for Amended Order.

1. On October 28, 2020, the Trustee filed her Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances ("Motion") [Doc. No. 41].

2. On December 3, 2020, a hearing was held on the Trustee's Motion and an Order of Court confirming the sale was entered by this Honorable Court ("Sale Order") [Doc. No. 52].

3. In preparing for the closing the Trustee realized that the sale price listed in the Motion and Sale Order were incorrect[1].

4. The sale price listed in the Motion and Sale Order was $145,000.

5. The correct sale price is $147,600.

6. The correction of the sale price to $147,600 has no impact on the Bankruptcy estate.

---

[1] The sale price sometimes changes during the short sale process and the Trustee inadvertently forgot to update the amount.

      7. In addition, the Trustee has been advised that the Short Sale Approval Letter has been updated and the amount payable to M & T Bank has been reduced. The buyer's lender has moved back the closing date to December 29, 2020, and final short sale approval is pending. The Sale Order has been revised to provide for payment to M & T Bank in accordance with the terms of the final Short Sale Approval Letter.

      8. Redlined and clean copies of the Amended Order of Court reflecting the changes will be filed under certification of counsel.

      WHEREFORE, the Trustee respectfully requests that the Court enter the Amended Order of Court.

Dated: December 23, 2020          Respectfully submitted,

      */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043