# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| MICHELLE OLAH | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Allegheny County; Township of South Park; South Park School District; Jordan Tax, Service Lakeview Loan Servicing, LLC; and M & T Bank | : | |
| Respondents | : | |

## REPORT OF SALE

A sale hearing was conducted on December 3, 2020, in connection with the sale of 5501 Thelma Ave., South Park, PA 15129 to James S. Bright. The sale price was $147,600. Closing was held on December 29, 2020, and the bankruptcy estate received a buyer's premium of $10,000. A copy of the settlement statement is attached hereto and incorporated herein.

The proceeds will be held by the Trustee pending further Order of Court.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

File No./Escrow No.: 20031
Print Date & Time: 12/28/2020 7:15:10 AM
Officer/Escrow Officer: Avid Settlement, Inc.
Settlement Location:

Property Address: 5501 Thelma Avenue, South Park, PA 15129
Buyer: James S. Bright
    1036 Summit Street, Mckeesport, PA 15132
Seller: Natalie Lutz Cardiello, as Trustee for Bankruptcy Estate of Michelle Olah, Bankruptcy Case No. 19-24140-GLT
Lender: Plaza Home Mortgage, Inc.

    500 Edgewater Drive Wakefield, MA 01880
Type of Loan: VA  Loan #: 2020010170  MIC #: 11-11-6-0326771
Settlement Date: 12/29/2020
Disbursement Date: 12/29/2020

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $147,600.00 | Sales Price of Property | $147,600.00 | |
| | | Deposit including earnest money | | $7,380.00 |
| | | Loan Amount | | $150,994.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $3.32 | City/Town Taxes from 12/29/2020 to 12/31/2020 | $3.32 | |
| | $5.06 | County Taxes from 12/29/2020 to 12/31/2020 | $5.06 | |
| | $1,604.39 | School Tax from 12/29/2020 to 6/30/2021 | $1,604.39 | |
| | | | | |
| | | **Loan Charges to Plaza Home Mortgage, Inc.** | | |
| | | **500 Edgewater Drive Wakefield, MA 01880** | | |
| | | Points to Plaza Home Mortgage, Inc. | $340.47 | |
| | | Prepaid Interest from 12/29/2020 to 1/1/2021 | $30.90 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee to Regis Iovino Appraisal Company | $525.00 | |
| | | Credit Report Fee to Metro Advisor Group, LLC FBO Credit Plus | $85.24 | |
| | | VA Funding Fee to Department of VA | $3,394.80 | |
| | | Verification Fee to Metro Advisor Group, LLC | $87.40 | |
| | | | | |
| | | **Impounds** | | |
| | | Aggregate Adjustment | -$838.75 | |
| | | COUNTY TAX  12 per month for $44.54/mo. | $534.48 | |
| | | Homeowner's Insurance  3 per month for $44.75/mo. | $134.25 | |

| | | | | |
|---|---|---|---|---|
| | | LOCAL TAX 11 per month for $33.74/mo. | $371.14 | |
| | | SCHOOL TAX 6 per month for $265.95/mo. | $1,595.70 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Closing Protection Ltr to Chicago Title | $125.00 | |
| | | Title - Document Prep Fee to AVID SETTLEMENT | $95.00 | |
| | | Title - Lender's Endorsements: to AVID SETTLEMENT (100/300/900) | $300.00 | |
| | | Title - Lender's Title Insurance ($150,994.00) to AVID SETTLEMENT | $1,315.70 | |
| | | Title - Notary Fee to AVID SETTLEMENT | $15.00 | |
| $350.00 | | Title - Settlement Fee to AVID SETTLEMENT | $150.00 | |
| | | | | |
| | | **Commission** | | |
| $2,952.00 | | Real Estate Commission to Berkshire Hathaway | $295.00 | |
| $2,952.00 | | Real Estate Commission to BK GLOBAL | | |
| $2,952.00 | | Real Estate Commission to Exp Realty, LLC | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Record Deed: to Recorder of Deeds | $181.75 | |
| | | Record Mortgage: to Recorder of Deeds | $181.75 | |
| $738.00 | | Transfer Tax Deed County to State of Pennsylvania | $738.00 | |
| $738.00 | | Transfer Tax State Deed to City / County | $738.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| $138,295.77 | | Payoff of First Mortgage Loan | | |
| | | Principal Balance ($138,376.37) | | |
| | | Interest on Payoff Loan ($0.00) | | |
| | | Additional Payoff fees ($0.00) | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Buyers Premium to Natalie A. Cardiello | $10,000.00 | |
| | | Homeowner's Insurance Premium to TRAVELERS INSURANCE | $537.00 | |
| $195.00 | | Lien Letters/ Tax Certs to AVID SETTLEMENT | | |
| | | Recycle Bin to Township of South Park | $16.00 | |
| $20.00 | | Wire Payoff Fee to AVID SETTLEMENT | | |
| $20.00 | | Wire Proceeds to AVID SETTLEMENT | | |

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $149,212.77 | $149,212.77 | Subtotal | $170,161.60 | $158,374.00 |
| | | Due From Borrower | | $11,787.60 |
| | | Due From Seller | | |
| $149,212.77 | $149,212.77 | Totals | $170,161.60 | $170,161.60 |

## ALTA Settlement Statement Acknowledgment

| | |
|---|---|
| Buyer: | James S. Bright |
| | 1036 Summit Street, Mckeesport, PA 15132 |
| Seller: | Natalie Lutz Cardiello, as Trustee for Bankruptcy Estate of Michelle Olah, Bankruptcy Case No. 19-24140-GLT |
| Lender: | Plaza Home Mortgage, Inc. |
| | 500 Edgewater Drive Wakefield, MA 01880 |
| Settlement Agent: | Avid Settlement, Inc. |
| Settlement Location: | |
| Loan Information: | Type of Loan: VA  Loan #: 2020010170  MIC #: 11-11-6-0326771 |
| Settlement Date: | 12/29/2020 |
| Disbursement Date: | 12/29/2020 |
| Property Address: | 5501 Thelma Avenue, South Park, PA 15129 |

We/I have carefully reviewed the ALTA Settlement Statement prepared by Avid Settlement, Inc. and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Avid Settlement, Inc. to cause the funds to be disbursed in accordance with this statement.

_____  
James S. Bright, Borrower

Natalie Lutz Cardiello, as Trustee for Bankruptcy Estate of Michelle Olah, Bankruptcy Case No. 19-24140-GLT  
By: _____  
Natalie Lutz Cardiello, Trustee, Seller

Avid Settlement, Inc.  
_____  
Cheryl Laney

WARNING: Is it a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonement. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

File #20031  
Page 1 of 1    Printed on 12/28/2020 at 7:15 AM