## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24140-GLT |
| | : | Chapter 7 |
| MICHELLE OLAH | : | |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Applicant | : | |
| Vs | : | |
| No Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Chapter 7 Trustee's Final Report, Application for Compensation,**
**Application(s) for Compensation of Professional(s), and Notice of**
**Trustee's Final Report and Application for Compensation and Deadline to Object**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Chapter 7 Trustee's Final Report and Application for Compensation**, **Application(s) for Compensation of Professional(s) and Notice of Trustee's Final Report and Application for Compensation and Deadline to Object** filed on February 5, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Notice and Applications appears thereon. Pursuant to the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object**, objections to the Notice and Applications were to be filed and served no later than **March 1, 2021**.

It is hereby respectfully requested that the Orders filed in connection with the Trustee's Final Report, including the Application(s) for Compensation filed in connection therewith, be entered by the Court.

Dated: March 2, 2021        By:    */s/Natalie Lutz Cardiello*
                                    Natalie Lutz Cardiello, Trustee
                                    PA I.D. #51296
                                    107 Huron Drive
                                    Carnegie, PA 15106
                                    ncardiello@cardiello-law.com
                                    (412) 276-4043