FILED
3/3/21 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 19-24140-GLT |
| **MICHELLE OLAH** | : | |
| | : | Chapter 7 |
| | : | Related to Dkt. No. 64 |
| *Debtor(s)* | : | Hearing: March 18, 2021 at 9:00 a.m. |
| Natalie Lutz Cardiello | : | |
| Applicant | : | |
| vs | : | |
| No Respondents | : | |

**ORDER APPROVING FINAL**
**COMPENSATION AND EXPENSES OF TRUSTEE'S ATTORNEY**

 Upon consideration of the Application for Allowance of Final Compensation and Expenses filed by Natalie Lutz Cardiello, Esquire, the attorney for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that the Applicant has no interest adverse to the interest of the Estate, and that the Applicant has rendered valuable services to the Estate, it is hereby

 ORDERED that the Application for Allowance of Final Compensation and Expenses of Natalie Lutz Cardiello, Esquire, Attorney for the Chapter 7 Trustee, is approved in the amount of $1,762.50 as compensation and $0.00 as expenses.

Prepared by Natalie Lutz Cardiello, Esquire

Dated:  March 3, 2021

GREGORY L. TADDONIO, Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24140-GLT |
| Michelle Olah | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michelle Olah, 1700 Patrick Place, Apartment T20, South Park, PA 15129-9258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | on behalf of Attorney Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: culy | Page 2 of 2
Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1

Rebeka Seelinger
                      on behalf of Debtor Michelle Olah rebeka@seelingerlaw.com

TOTAL: 6