# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| OLAH, MICHELLE, | § | CASE NO. 19-24140 GLT |
|     Debtor | § | |
| | § | |
| Natalie Lutz Cardiello, Esquire, Trustee, | § | CHAPTER 7 |
|     Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 20,549.57 |
| Total Distributions to Claimants: 141,795.47 | Claims Discharged Without Payment: 6,539.72 |
| Total Expenses of Administration: 15,804.53 | |

3) Total gross receipts of $ 157,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 157,600.00 from the

liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 145,222.00 | $ 276,591.54 | $ 276,591.54 | $ 138,295.77 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,804.53 | 15,804.53 | 15,804.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,267.92 | 9,959.50 | 9,959.50 | 3,499.70 |
| **TOTAL DISBURSEMENTS** | $ 154,489.92 | $ 302,355.57 | $ 302,355.57 | $ 157,600.00 |

4) This case was originally filed under chapter 7 on 10/23/2019. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2021           By:/s/Natalie Lutz Cardiello, Esquire
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5501 THELMA AVENUE, SOUTH PARK PA 15129 | 1110-000 | 157,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 157,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M & T BANK | 4110-000 | 145,222.00 | 138,295.77 | 138,295.77 | 0.00 |
| | M & T BANK | 4110-000 | NA | 138,295.77 | 138,295.77 | 138,295.77 |
| **TOTAL SECURED CLAIMS** | | | **$ 145,222.00** | **$ 276,591.54** | **$ 276,591.54** | **$ 138,295.77** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:NATALIE LUTZ CARDIELLO | 2100-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| TRUSTEE EXPENSES:NATALIE LUTZ CARDIELLO | 2200-000 | NA | 237.80 | 237.80 | 237.80 |
| REAL ESTATE TRANSFER TAXES | 2820-000 | NA | 448.23 | 448.23 | 448.23 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NATALIE LUTZ CARDIELLO, ESQ | 3110-000 | NA | 1,762.50 | 1,762.50 | 1,762.50 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):BERKSHIRE HATHAWAY | 3510-000 | NA | 2,952.00 | 2,952.00 | 2,952.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):BK GLOBAL | 3510-000 | NA | 2,952.00 | 2,952.00 | 2,952.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):EXP REALTY, LLC | 3510-000 | NA | 2,952.00 | 2,952.00 | 2,952.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,804.53 | $ 15,804.53 | $ 15,804.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Collections USA, LLC Attn: Bankruptcy 16 Distributor Drive Ste 1 Morgantown, WV 26501 | | 28.00 | NA | NA | 0.00 |
| | North Shore Agency PO Box 9205 Old Bethpage, NY 11804 | | 51.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 2,155.00 | 2,155.70 | 2,155.70 | 757.50 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 381.00 | 346.15 | 346.15 | 121.63 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 6,125.00 | 6,124.89 | 6,124.89 | 2,152.24 |
| 000001 | SEVENTH AVENUE | 7100-000 | 527.00 | 527.93 | 527.93 | 185.51 |
| 000005 | VERIZON | 7100-000 | NA | 804.83 | 804.83 | 282.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 9,267.92 | $ 9,959.50 | $ 9,959.50 | $ 3,499.70 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 19-24140 | GLT | Judge: GREGORY L. TADDONIO | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| Case Name: | OLAH, MICHELLE | | | Date Filed (f) or Converted (c): | 10/23/19 (f) |
| | | | | 341(a) Meeting Date: | 12/02/19 |
| For Period Ending: | 03/31/21 | | | Claims Bar Date: | 01/16/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5501 THELMA AVENUE, SOUTH PARK PA 15129 | 153,000.00 | 10,000.00 | | 157,600.00 | FA |
| In addition to the purchase price of $147,600 and because the liabilities associated with this asset exceeded the value of the asset, the Trustee received a "carve out" or guaranteed payment of $10,000 for the bankruptcy estate for her efforts in liquidating this asset. The carve out was paid by the purchaser in the form of a "buyer's premium". The carve out is not a separate asset and is not otherwise reflected on Form 1, but is mentioned here to explain the $10,000 difference between the Total Allocation Disbursements of $147,600 on Form 2 and the total Sale/Funds Received by the Estate in Column 5 on Form 1. | | | | | |
| 2. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. 2 TV'S, PRINTER, SMARTPHONE, TABLET | 800.00 | 0.00 | | 0.00 | FA |
| 4. ASSORTED WOMEN'S CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 5. COSTUME JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 6. 2 CATS | 0.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 8. DOLLAR BANK CHECKING ACCOUNT | 10,121.32 | 0.00 | | 0.00 | FA |
| 9. DOLLAR BANK SAVINGS BANK | 0.25 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $165,771.57 | $10,000.00 | | $157,600.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/20    Current Projected Date of Final Report (TFR): 12/31/20

LFORM1

Ver: 22.03

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-24140 -GLT | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | OLAH, MICHELLE | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0265  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0939 |  |  |
| For Period Ending: | 03/31/21 | Blanket Bond (per case limit): | $ 9,932,890.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/30/20 |  | AVID SETTLEMENT, INC. SETTLEMENT ESCROW ACCOUNT (JAMES S. BRIGHT) | SALE OF REAL PROPERTY PER ORDER OF COURT AT DOC. NO. 56 |  | 10,000.00 |  | 10,000.00 |
|  | 1 | AVID SETTLEMENT, INC. | Memo Amount:    147,600.00 SALE OF REAL PROPERTY PER ORDER OF COURT AT DOC. NO. 56 | 1110-000 |  |  |  |
|  |  | M & T BANK | Memo Amount:   ( 138,295.77 ) PAYOFF OF FIRST MORTGAGE | 4110-000 |  |  |  |
|  |  | BERKSHIRE HATHAWAY | Memo Amount:   ( 2,952.00 ) REAL ESTATE COMMISSION | 3510-000 |  |  |  |
|  |  | BK GLOBAL | Memo Amount:   ( 2,952.00 ) REAL ESTATE COMMISSION | 3510-000 |  |  |  |
|  |  | EXP REALTY, LLC | Memo Amount:   ( 2,952.00 ) REAL ESTATE COMMISSION | 3510-000 |  |  |  |
|  |  |  | Memo Amount:   ( 448.23 ) REAL ESTATE TRANSFER TAXES (The total amount of real estate transfer taxes paid is $1,476; however, the real estate transfer taxes and closing costs were netted against prepaid taxes, leaving a balance of $448,23.) | 2820-000 |  |  |  |
|  | 1 |  | Memo Amount:    10,000.00 BUYER'S PREMIUM | 1110-000 |  |  |  |
| 03/18/21 | 070001 | Natalie Lutz Cardiello, Esquire 107 Huron Drive Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,762.50 | 8,237.50 |
| 03/18/21 | 070002 | Natalie Lutz Cardiello 107 Huron Drive Carnegie, PA 15106 | Trustee Compensation | 2100-000 |  | 4,500.00 | 3,737.50 |
| 03/18/21 | 070003 | Natalie Lutz Cardiello | Trustee Expenses | 2200-000 |  | 237.80 | 3,499.70 |

Page Subtotals      10,000.00      6,500.30

Ver: 22.03

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 19-24140 -GLT | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | OLAH, MICHELLE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0265  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0939 | | |
| For Period Ending: | 03/31/21 | Blanket Bond (per case limit): | $ 9,932,890.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/18/21 | 070004 | SEVENTH AVENUE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 800849<br>DALLAS, TX 75380 | Claim 000001, Payment 35.13913% | 7100-000 | | 185.51 | 3,314.19 |
| 03/18/21 | 070005 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Claim 000002, Payment 35.13940% | 7100-000 | | 757.50 | 2,556.69 |
| 03/18/21 | 070006 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541 | Claim 000003, Payment 35.13795% | 7100-000 | | 121.63 | 2,435.06 |
| 03/18/21 | 070007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541 | Claim 000004, Payment 35.13924% | 7100-000 | | 2,152.24 | 282.82 |
| 03/18/21 | 070008 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Claim 000005, Payment 35.14034% | 7100-000 | | 282.82 | 0.00 |

107 Huron Drive
Carnegie, PA 15106

Page Subtotals     0.00     3,499.70

Ver: 22.03

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-24140 -GLT | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | OLAH, MICHELLE | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0265  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0939 |  |  |
| For Period Ending: | 03/31/21 | Blanket Bond (per case limit): | $ 9,932,890.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 157,600.00 | COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
|  | Memo Allocation Disbursements: | 147,600.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 10,000.00 | 10,000.00 |  |
|  | Memo Allocation Net: | 10,000.00 | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 10,000.00 | 10,000.00 |  |
|  | Total Allocation Receipts: | 157,600.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  | Total Allocation Disbursements: | 147,600.00 | Checking Account (Non-Interest Earn - *******0265 | 10,000.00 | 10,000.00 | 0.00 |
|  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  | Total Memo Allocation Net: | 10,000.00 |  | 10,000.00 | 10,000.00 | 0.00 |
|  |  |  |  | ============ | ============ | ============ |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 22.03

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*